UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **MATTHEW EDWARD ALEXANDER** | * | **CIVIL ACTION NO. 15-2300** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **CHRISTINE W. NIXON** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 10] filed by Defendant Christine W. Nixon is hereby **GRANTED**. Plaintiff Matthew Edward Alexander's state law defamation claim is **DISMISSED WITHOUT PREJUDICE** as premature, but his state law tort claims for intentional infliction of emotional distress and false arrest/wrongful imprisonment are **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA,** this 3rd day of February, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE